Hearing: August 31, 2017 at 2:00PM
Location: Portland
Objection Deadline: August 18, 2017

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| KITTERY POINT PARTNERS, LLC, ) | CASE NO. 17-20316 |
| Debtor. ) | |
| ) | |
| BAYVIEW LOAN SERVICING, LLC, and ) | |
| M&T MORTGAGE CORPORATION, ) | |
| ) | |
| MOVANTS, ) | |
| ) | |
| v. ) | |
| ) | |
| KITTERY POINT PARTNERS, LLC, ) | |
| ) | |
| RESPONDENTS. ) | |
| _____ ) | |

**BAYVIEW LOAN SERVICING LLC AND M&T MORTGAGE CORPORATION'S MOTION FOR AN ORDER DECLARING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE DEBTOR'S PRE-PETITION LAWSUIT OR, ALTERNATIVELY, FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362**

Bayview Loan Servicing, LLC ("Bayview") and M&T Mortgage Corporation ("M&T" together with Bayview, "Movants"), hereby move this Court for entry of an Order Declaring that the Automatic Stay Does Not Apply to the Debtor's Pre-Petition Lawsuit or, Alternatively, for Relief from Stay Pursuant to 11 U.S.C. §362.

Specifically, Movants request that this Court enter an order declaring that the automatic stay does not apply to the continuation of a pre-petition appeal filed by Kittery Point Partners,

1

LLC ("Debtor") to the Maine Supreme Court arising out of a declaratory judgment complaint filed by the Debtor against Movants in the Maine Superior Court on August 3, 2011.

In support of its Motion, Movants submit the attached Memorandum of Law in support thereof. For the reasons set forth therein, Movants respectfully request that this Court enter an order (i) declaring that the Section 362 automatic stay does not apply to the Debtor's declaratory judgment complaint or the Debtor's appeal in the Maine Supreme Court, or, in the alternative, (ii) directing that the automatic stay be modified pursuant to Section 362(d)(1) to allow the Debtor's appeal to proceed to resolution.

Kittery Point Partners, LLC does not consent to this motion.

DATED at Portland, Maine this 4th day of August, 2017.

/s/ Andrew W. Sparks, Esq.
Andrew W. Sparks, Esq.
Maine Bar Registration No. 3649

Drummond & Drummond, LLP
One Monument Way
Portland, Maine 04101
(207) 774-0317

Attorney for Bayview Loan Servicing, LLC
and M&T Mortgage Corporation