### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| **KITTERY POINT PARTNERS, LLC,** ) | **Chapter 11** |
| ) | **Case No. 17-20316** |
| **Debtor.** ) | |

### VERIFIED STATEMENT OF CLIFFORD H. RUPRECHT PURSUANT TO
### FED. R. BANKR. P. 2014(a) AND D.ME. LBR 2014-1

1. I am a shareholder in the law firm of Roach, Hewitt, Ruprecht, Sanchez and Bischoff, P.C. ("RHRSB") which has its principal offices at 66 Pearl Street, Portland, Maine.

2. I make this Verified Statement in support of the Debtor's Application For Authority To Employ And Retain the Law Firm of Roach, Hewitt, Ruprecht, Sanchez and Bischoff As Special Counsel for the Debtor (the "Debtor") in the above referenced Chapter 11 case (the "Application"). I have personal knowledge of the facts contained in this Verified Statement.

3. I hereby represent that neither I, nor any person at RHRSB that will be engaged in the representation, holds or represents any interest adverse to the estate of the above-captioned Debtor.

4. Neither I, nor any person at RHRSB who will be engaged in the representation of the Debtor, has any connections with the Debtor, its creditors or other parties in interest, their respective attorneys and accountants, except that, from time to time, RHRSB may in the past have represented and/or may currently represent, in matters unrelated to this case, parties who may be creditors or other parties in interest of the Debtor, but RHRSB has not represented such creditors in connection with the Debtor,

and will not in the future represent any such creditors in connection with this case, or the matters upon which RHRSB is to be engaged in this case.

5.  I expect to have primary responsibility for representation of the Debtor in this matter. My hourly rate is currently $325.00 per hour. The hourly rates of other attorneys and paralegal assistants of RHRSB range from $100.00 per hour to $ 200.00 per hour.

6.  I hereby represent that my firm has not agreed to share with any person, except regular employees of the firm, the compensation to be paid for services rendered in this case.

7.  I certify under penalty of perjury that the foregoing is true and correct.

DATED:  December 5, 2017            /s/ Clifford H. Ruprecht
                                     Clifford H. Ruprecht, Esq.