**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

Kittery Point Partners, LLC,

Debtor

Chapter 11
Case No. 17-20316

## ORDER TO SHOW CAUSE

On its own motion, the Court issues this order directing the debtor and any other interested party to show cause why the Court should not suspend all further proceedings in this chapter 11 case and in the related adversary proceeding (AP No. 17-2065) under 11 U.S.C. § 305(a)(1), pending entry of a final judgment in the ongoing state court litigation between Kittery Point Partners, LLC, Bayview Loan Servicing LLC, and M&T Mortgage Corporation (Case No. CV-11-0177).  The Court will conduct a hearing on this order to show cause at 10:00 a.m. on October 26, 2018 at the U.S. Bankruptcy Court, 202 Harlow Street, Bangor, Maine.

Dated:  October 10, 2018

Michael A. Fagone
United States Bankruptcy Judge
District of Maine