UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| KITTERY POINT PARTNERS, LLC, ) | Case No. 17-20316 |
| ) | |
| Debtor ) | |
| ) | |

**BAYVIEW LOAN SERVICING, LLC'S AND DEBTOR KITTERY POINT PARTNERS, LLC'S JANUARY 31, 2019 JOINT STATUS REPORT**

NOW COMES, Bayview Loan Servicing, LLC ("Bayview") and Debtor Kittery Point Partners, LLC's ("KPP") and provides the Court the following joint status report pursuant to the Court's Order Suspending Proceedings (Doc. 192):

1. On January 16, 2019, the York County Superior Court entered final judgment on all claims between all parties in *Kittery Point Partners v. Bayview Loan Servicing, LLC et. al.*, York County Superior Court, Docket No. CV-11-177. A true and correct copy of the Superior Court's Order entering final judgment is attached hereto as Exhibit A.

2. On January 30, 2019, KPP filed a Motion to Alter or Amend the Judgment in the above-mentioned action. A true and correct copy of the Motion to Alter or Amend is attached hereto as Exhibit B.

3. The period to respond to KPP's Motion to Alter or Amend is currently running.

Dated: January 31, 2019

/s/ Andrew W. Sparks, Esq.
Andrew W. Sparks, Esq.
Maine Bar Registration No. 3649

Attorney for Bayview Loan Servicing, LLC
Drummond & Drummond, LLP
One Monument Way
Portland, Maine 04101
(207) 774-0317
asparks@ddaw.com