UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| KITTERY POINT PARTNERS, LLC, ) | Case No. 17-20316 |
| ) | |
| Debtor ) | |
| ) | |

**BAYVIEW LOAN SERVICING, LLC'S APRIL 30, 2019 STATUS REPORT**

NOW COMES, Bayview Loan Servicing, LLC ("Bayview") and Debtor Kittery Point Partners, LLC's ("KPP") and provides the Court the following joint status report pursuant to the Court's Order Suspending Proceedings (Doc. 192):

1.  On January 16, 2019, the York County Superior Court entered final judgment on all claims between all parties in *Kittery Point Partners v. Bayview Loan Servicing, LLC et. al.*, York County Superior Court, Docket No. CV-11-177. A true and correct copy of the Superior Court's Order entering final judgment is attached hereto as Exhibit A.

2.  On January 30, 2019, KPP filed a Motion to Alter or Amend the Judgment in the above-mentioned action. A true and correct copy of the Motion to Alter or Amend is attached hereto as Exhibit B.

3.  On February 19, 2019, Bayview opposed KPP's Motion to Alter or Amend the Judgment. A true and correct copy of Bayview's Opposition is attached hereto as Exhibit C.

4.  KPP filed its Reply in support of its Motion to Alter or Amend the Judgment on March 1, 2019. A true and correct copy of KPP's Reply is attached hereto as Exhibit D.

5.  On March 13, 2019, the York County Superior Court denied KPP's Motion to Alter or Amend the Judgment and denied KPP's request to stay the proceeding pending a

1

determination in the Bankruptcy Cort. A true and correct copy of the York County Superior Court's March 13, 2019 Order is attached hereto as Exhibit E.

6. On April 1, 2019, KPP Appealed from the York County Superior Court's November 30, 2016 Summary Judgment Order, January 16, 2019 Entry of Final Judgment, and March 13, 2019 Order Denying Motion to Alter or Amend, A true and correct copy of KPP's Notice of Appeal is attached hereto as Exhibit F.

7. KPP's Appeal was docketed by the Maine Supreme Judicial Court on April 8, 2019 and the parties are awaiting issuance of a scheduling order.

8. Bayview submitted a copy of this Report to KPP for its review. KPP has no objections to Bayview's Status Report, but has stated that they are preparing a status report of their own.

Dated: April 30, 2019

/s/ Andrew W. Sparks, Esq.
Andrew W. Sparks, Esq.
Maine Bar Registration No. 3649

Attorney for Bayview Loan Servicing, LLC
Drummond & Drummond, LLP
One Monument Way
Portland, Maine 04101
(207) 774-0317
asparks@ddaw.com