UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**KITTERY POINT PARTNERS, LLC,**<br><br>Debtor, | **Chapter 11**<br>**Case No. 17-20316** |

**ORDER PERMITTING BAYVIEW TO AMEND PROOF OF CLAIM**

Upon consideration of Bayview Loan Servicing, LLC's Motion for Leave to Amend Proof of Claim (the "Motion") [Dkt. No. 245 ], for the reasons set forth on the record of the hearing on November 19, 2019, the Court **GRANTS** the Motion. The amendment relates to the claim that has been the focal point of this case. In light of the nature of the Debtor's objection to the claim, the amendment does not unfairly prejudice the Debtor. The Motion was not brought in bad faith. Bayview is ordered to file, on the claims register, the Proposed Amended Proof of Claim attached as Exhibit A to the Motion as an amendment to Bayview's existing Proof of Claim [POC No. 2.] within seven days.

Dated: November 19, 2019

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

7